UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MIRIAM MARRERO

                                                   CASE NO. 11-07211-MGW
                                                   CHAPTER 7

      Debtor(s).
_____/

## **ORDER GRANTING MOTION TO TERMINATE AUTOMATIC STAY**

This case came on for consideration upon the Motion to Terminate Automatic Stay filed by Movant, U.S. BANK, N.A (Docket No. 19). The Motion has been served upon the parties of interest in accordance with Local Rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved.

2. The Order Granting Relief from the Automatic Stay is hereby entered for the purpose of allowing Movant to pursue *in rem* relief against the property described as:

**LOT 42, BLOCK 1280, SPRING HILL, UNIT 20, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, PAGES 65 THROUGH 80, PUBLIC RECORDS OF HERNANDO COUNTY, FLORIDA.**

**a/k/a 11243 ELGIN BLVD., SPRING HILL, FL 34608**

and permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. That the mortgage indebtedness that shall run with the property shall be increased to include $550.00 for attorney`s fees and costs incurred.

4. The fourteen (14) day stay of the Order Granting Relief From Stay pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that U.S. BANK, N.A. can pursue its in rem relief without further delay.

DONE AND ORDERED at TAMPA, Florida, _____July 12, 2011_____.

MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

MIRIAM MARRERO
6242 GAINSBORO AVENUE
SPRINGHILL, FL 34609

JUAN JOSE ARILES
11243 ELGIN BLVD
SPRING HILL, FL 34608

JAY M. WELLER, ESQ
18820 US HIGHWAY 19 N SUITE 200
CLEARWATER, FL 33764

LAUREN P. GREENE, TRUSTEE
13611 PARK BLVD SUITE H
SEMINOLE, FL 33776

TAMPA DIVISION
UNITED STATES TRUSTEE - TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602